UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
JUNE 4, 2019 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr-00147
  18 U.S.C. § 2251(a)
  18 U.S.C. § 2251(e)

CHARLES LARRY WALLACE, JR.

I N D I C T M E N T
(Production of Child Pornography)

The Grand Jury Charges:

On or about January 5, 2019, at or near Coal City, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CHARLES LARRY WALLACE, JR. did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and made using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**FORFEITURE**

In accordance with 18 U.S.C. §§ 2253(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant CHARLES LARRY WALLACE, JR. of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any real and personal property used or intended to be used to commit or to promote the commission of the violation set forth in this indictment.

                    MICHAEL B. STUART
                    United States Attorney

By: _____
     JENNIFER RADA HERRALD
     Assistant United States Attorney